IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.                                   Civil Action No. 3:08cv385/LAC/MD

CHARLES PARISH, JR., and
DEBORAH PARISH,

    Defendants.
_____

## ORDER OF DEFAULT JUDGMENT

THIS CAUSE having come before the Court on a Motion for Default Judgment filed by Plaintiff Home Design Services, Inc., against defendants Charles Parish, Jr., and Deborah Parish, who have failed to file an answer or other proper response to the complaint. Default was entered on November 20, 2008. The Court being duly and sufficiently advised, it is hereby **ORDERED**:

    1.     The Motion for Default Judgment against Defendants is hereby **GRANTED**.

    2.     IT IS ADJUDGED that Plaintiff Home Design Services, Inc., recover from Defendants Charles Parish, Jr., and Deborah Parish the sum of $565.00 based on actual damages, and $273,200.00 based on disgorged profits.

**ORDERED** on this 12th day of May, 2009.

                                                              s/*L.A. Collier*
                                                              Lacey A. Collier
                                                        Senior United States District Judge